ACCEPTED
03-14-00801-CV
4265807
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 3:32:41 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

## IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 3:32:41 PM
JEFFREY D. KYLE
Clerk

_____

THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS AT DALLAS
*Appellants,*

v.

KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS
*Appellee,*

v.

MARILYN CAMERON
*Intervenor/Appellee.*

_____

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-11-001923
The Honorable Stephen Yelenosky, Judge Presiding

_____

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE JUSTICES:

Come now, appellants, the University of Texas System and the University of Texas at Dallas, and files this Unopposed Motion for Extension of Time to File Opening Brief, and in support thereof would respectfully show the Court as follows:

The current briefing schedule in this case provides for appellants to file their opening brief on or before February 27, 2015. Appellants seek an extension of time to file until March 30, 2015. No previous extensions of the briefing schedule have

been requested by any party in this case. Counsel for appellee and intervenor have stated to appellants' counsel that they are not opposed to this motion.

Undersigned counsel was recently assigned to this case and needs additional time to prepare the brief.

Appellants respectfully request that this Court grant their Unopposed Motion for Extension of Time to File Appellant's Opening Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

*/s/ H. Melissa Mather_____*
H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-2540 - Telephone
(512) 477-2348 – Fax
melissa.mather@texasattorneygeneral.gov
***Attorney for Appellants***

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a true and correct copy of *Appellants' Unopposed Motion for Extension of Time to File Opening Brief* was served via e-service and/or e-mail, to the following:

Kimberly L. Fuchs
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
kimberly.fuchs@texasattorneygeneral.gov
*Attorney for Appellee Attorney General*

Marilyn Cameron
18222 Outback Lakes Trail
Humble, Texas 77346
mizcameron@yahoo.com
*Intervenor/Appellee*

*/s/ H. Melissa Mather*_____
H. Melissa Mather